

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        In re Webber, LLC

Appellate case number:    01-22-00184-CV

Trial court case number:  2019-27907

Trial court:                        234th District Court of Harris County

Relator, Webber, LLC, has filed a Petition for Writ of Mandamus and a Motion for Emergency Relief.

The Court **GRANTS** the motion and orders the trial court's March 7, 2022 order, granting Intervenor-Plaintiff Treasyre Freeman's Additional Motion for Leave to Conduct Net Worth Discovery from Webber, LLC,. **STAYED** pending this Court's disposition of Relator's Petition for Writ of Mandamus.

The Court requests real party in interest, Treasyre Freeman, to file a response to the Petition for Writ of Mandamus **by Thursday, March 18, 2022**.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
            ☑ Acting individually    ☐ Acting for the Court

Date:   ___March 10, 2022____